**Tommy FARRAR, Plaintiff—Appellant,**

**v.**

**Lt. HODGE; Officer Ellis; Officer Curtis; Lieutenant Alford; Lieutenant Meridith; Sergeant McCormick; Officer DiPonte, Defendants–Appellees.**

**No. 07–7785.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2008.

Decided: Sept. 10, 2008.

Tommy Farrar, Appellant Pro Se. John A. Maxfield, County Attorney's Office for the County of Wake, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, Chief Judge, and KING and DUNCAN,* Circuit Judges.

* Judge Duncan did not participate in consideration of this case. The opinion is filed by a

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Farrar appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Farrar v. Hodge*, No. 5:06–ct–03079–D (E.D.N.C. Nov. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*